IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE CHAVARRIA,<br><br>    Plaintiff,<br><br>vs.<br><br>LYDIA HENSE,<br><br>    Defendant.<br>_____/ | 1:09-cv-00807 SMS (PC)<br><br>ORDER TO SUBMIT NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS<br><br>ORDER FOR CLERK TO ATTACH AND SEND NON-PRISONER APPLICATION TO PLAINTIFF |

Plaintiff is a former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

The Clerk is directed to attach a non-prisoner application to proceed in forma pauperis to this order. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached non-prisoner application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.

**Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

**Dated:   May 14, 2009**          /s/ Sandra M. Snyder
                                                                      UNITED STATES MAGISTRATE JUDGE